83,709-01,02

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 20 2015
Abel Acosta, Clerk

MONDAY, AUGUST 17, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

RE: Writ Applications, CCA Cause No's WR-83,709-(01 and 02).
    Trail Court No.'s W416-82711-09-(HC1 and HC2)

Dear Mr. Acosta,

Early this morning (08:20 A.M.) I picked up from the prison legal mail room two "White Card" notices informing me that the Court of Criminal Appeals had received my two (2) 11.07 Writ Application's from the 416th District Court on Aug. 7th, 2015. I believe this was an error on the 416th District Court's part. I received on July 24th, 2015 a Memorandum and ORDER from Judge Chris Oldner of the 416th District Court, telling me he was ordering affidavits to be filed by August 28th (he had allowed 60 days, but my envelope was NOT mailed from the Courthouse until July 21st and I received it on July 24th, a full month after it was signed by the Judge.). Judge Oldner had found four (4) points of error, controverted previously unresolved issues that could in fact overturn my wrongful conviction. I don't know why the Court forwarded my 11.07 Applications to your Court without first finding the FACTS the Judge had already noted as unresolved.

Therefore, I am sending you a MOTION and Suggestion's for the Honorable Justices's of the Court of Criminal Appeals to remand the Writ's (11.07's) BACK to Collin County and the 416th Court and to hold my Application's of Habeas Corpus 11.07's in ABEYANCE until the previously indicated unresolved issues can be resolved.

Please FILE These papers with the COURT, and bring them to the IMMEDIATE attention of the Honorable Judges as this is a TIME SENSITIVE ISSUE.

ps Could you PLEASE send me a copy of this letter I am sending you with a File Stamp for my records? I am inclosing a copy for you to return to me.

Thank you & God Bless.

Sincerely yours,

Peter John Ellington, #1819234
CT Terrell Unit
1300 FM 655
Rosharon, TX 77583

MONDAY, AUGUST 17, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

*Copy Please
Return w/
File Stamp.*

RE: Writ Applications, CCA Cause No's WR-83,709-(01 and 02).
Trail Court No.'s W416-82711-09-(HC1 and HC2)

Dear Mr. Acosta,

Early this morning (08:20 A.M.) I picked up from the prison legal mail room two "White Card" notices informing me that the Court of Criminal Appeals had received my two (2) 11.07 Writ Application's from the 416th District Court on Aug. 7th, 2015. I believe this was an error on the 416th District Court's part. I received on JULY 24th, 2015 a Memorandum and ORDER from Judge Chris Oldner of the 416th District Court, telling me he was ordering affidavits to be filed by August 28th (he had allowed 60 days, but my envelope was NOT mailed from the Courthouse until July 21st and I received it on July 24th, a full month after it was signed by the Judge.). Judge Oldner had found four (4) points of error, controverted previously unresolved issues that could in fact overturn my wrongful conviction. I don't know why the Court forwarded my 11.07 Applications to your Court without first finding the FACTS the Judge had already noted as unresolved.

Therefore, I am sending you a MOTION and Suggestion's for the Honorable Justices's of the Court of Criminal Appeals to remand the Writ's (11.07's) BACK to Collin County and the 416th Court and to Hold my Application's of Habeas Corpus 11.07's in ABEYANCE until the previously indicated unresolved issues can be resolved.

Please FILE These papers with the COURT, and bring them to the IMMEDIATE attention of the Honorable Judges as this is a TIME SENSITIVE ISSUE.

ps Could you PLEASE send me a
copy of this letter I am sending
you with a File Stamp for my
records? I am inclosing a copy
for you to return to me.

Thank you & God Bless.

Sincerely yours,

Peter John Ellington, #1819234
CT Terrell Unit
1300 FM 655
Rosharon, TX 77583

CAUSE NO.'S WR-83-709-(01 AND 02)

TRIAL CT. No.'S W416-82711-09-(HC1 AND HC2)

EX PARTE,                                         §   COURT OF CRIMINAL APPEALS

PETER JOHN ELLINGTON                              §

  (Applicant)                               §

                                                 §        AUSTIN, TEXAS

                                                 §

MOTION AND SUGGESTION TO THE COURT of CRIMINAL APPEALS
TO REMAND BACK TO THE TRIAL COURT FOR THE RESOLUTION OF
PREVIOUSLY CONTOVERTED ISSUES

TO THE JUDGES OF THE COURT OF CRIMINAL APPEALS:

    COMES NOW, Peter John Ellington, Applicant Pro Se in the above styled and numbered cause, who moves this Court of Criminal Appeals to hold his Habeas Corpus Application in Abeyance and Remand to Trial Court for the development of previously controverted facts.

I.

(a)    On April 24th, 2015 Applicant filed (by mailbox rule) his two Application's for Writ of Habeas Corpus (11.07's) with the 416th District Trial Court. File Stamped on May 4, 2015.

(b)    The Clerk served the instant writ on the D.A. (State) on May 18th, 2015.

(c)    On May 16th, 2015 I (Applicant) realized I had accidently forgotten to include my "GROUND FOUR" pages 12 & 13 with the Writ Applications. I immediately prepared a MOTION TO AMMEND and included the missing pages 12 & 13 Ground Four "Prosecutorial Misconduct", and explained why I had not sent them in the original packages. Copy was sent to the State (Collin County DA). I was not able to send the MOTION and attached Ground Four because I was unable to get any postage Stamps until May 21st when I mailed it ( and filed it per mailbox rule). The Court and DA received this within 72 hours of the DA recei-

-1-

ving the Instant Writ from the Clerk's Office.

(d)    On June 2nd, 2015 the State filed it's Response to my Writ Application, but ignored the "GROUND FOUR" pages 12 and 13 I had asked them to include and had filed a Motion for the same.

(e)    On June 8th, the same day I received the State's Response I sent/filed by mailbox rule a Motion for NOTICE and EXTENSION of TIME to file a reply/traverse to the State's Response.

(f)    On June 16th, I filed a MOTION for Interogatories.

(g)    On June 24th, I filed my REPLY/TRAVERSE to the State's Response with Attached Exhibits PROVING my claims in my Writ Applications.

(h)    On July 16th 2015 I filed a MOTION for and EVIDENTARY Hearing.

(i)    On June 24th, 2015 Judge Chris Oldner, 416th Judicial District Court Signed and Filed a Memorandum and ORDER as to the finding of previously unresolved issues of controverted allegations in my Writ(s). (SEE Attached EXHIBIT # 1). The ORDER is for the submission of the Affidavits from myself, my Court (Trial) Lawyer, and the State. The Judge gave 60 days + to comply, by August 28th, 2015. NOTE: The COURT did not mail my copy until the 21st day of ~~August~~ JULY A and I received it on ~~August~~ JULY A 24, 2015 a FULL MONTH after it was ORDERED! That was a Friday.

(j)    On Monday^(JULY 27, 2015) I sent/filed a MOTION and a Letter to Judge Oldner and a second Motion asking for the additional 30 days he had meant to give me in the Original Order, making the Affidavits due on Sept. 28th, 2015. And the Second Motion for an Evidentairy Hearing and the Appointment of Counsel, per Art. 11.09 CCP. The First Motion was the Notice of Appeal and Request for Extension of Time to File the Ordered Affidavits. See EXHIBIT"S 2a-e.

(k)    On August 7th, 2015 the COURT of CRIMINAL APPEALS had now

-2-

received my two (2) Application's for Writ of Habeas Corpus (11.07) from the Trial Court without the Trial Court's findings of their own admitted previously controverted (four issues) facts that I had reaise in my Application. By the Judge's own ORDER he had given all parties to the 28th day of August to submit the Affidavits and actually in the interest of Justice and Fairness should have approved the MOTION for EXTENSION of TIME and reset the deadline until the 28th of September, 2015, because of the ERROR in NOTIFYING me 30 days late.

## II.

The Trial Court has not responded to any Request's or Motions I have filed as a Pro Se Applicant who is indigent, has lost all contact with my family and my firends since being wrongfully convicted for a crime that never happened and of which I AM INNOCENT OF.

The Court DID NOT acknowledge my "GROUND FOUR" Prosecutorial Misconduct" pages 12 & 13, and neither did the State in their Response to my 11.07 Application's.

My Reply to the State's response seems to have fallen on deaf ears, and more importantly, the District Court has now forwarded my two Writ Application's to the CCA without making the indicated as per ORDER, the resolution of the indicated unresolved controverted issues of fact.

## PRAYER

I PRAY that this Most Respected Court, the Honorable Judges for the C.C.A. will APPROVE this MOTION & SUGGESTION to REMAND this back to the Trial Court for the resolution of the previously controverted issues and extend the time until at least the 28th of Sept. 2015 to submit affidavits, if I can even do that by that date. I would

-3-

pray that you would see how important an evidentary hearing is in this particular case, and ensure in the intrest of justice and fairness that I be granted an Evidentiary Hearing in Person, to CROSS examine my Attorney's (all three) of Record with out the ASSISTANCE of the District Attorney, and with Appointment of Competent Counsel to assist in this matter. NOTE: I never had a TRIAL, I was coerced into pleading guilty to get a 5 year deffered probation, and I did not want to do even that. I paid my lawyer for a JURY TRIAL, and she refuesd to do that.   I am in prison for life without parole basically for a crime that NEVER TOOK PLACE.

Please HOLD my Application in ABEYANCE until the issues are resolved.

Respectfully yours,

*Peter John Ellington* 8/17/15

Peter John Ellington #1819234
CT Terrell Unit
1300 FM 655
Rosharon, TX 77583

UNSWORN DECLARATION

I, Inmate Peter John Ellington, TDCJ #1819234, Incarcerated in Brazoria County Texas, Declare under penalty of perjury that the above statements are true and correct, to the best of my knowledge and belief.

By: *Peter John Ellington*
Peter John Ellington   8/17/2015

CERTIFICATE OF SERVICE

I certify that a TRUE and CORRECT carbon Copy of the foregoing Motion & Suggestion has been sent to the Collin County District Attorney by placing same in the Prison US MAIL BOX on this 17th day of August, 2015 POSTAGE TO PE PROVIDED BY LAW LIBRARY INDIGENT MAIL PER TDCJ POLICY for INDIGENT Prisoners.

BY: *Peter John Ellington*
Peter John Ellington, Pro-Se

-4-

CAUSE NO.'s WR-83-709-(01 and 02)

EX PARTE                        § COURT OF CRIMINAL APPEALS

PETER JOHN ELLINGTON            §
      Applicant                 § AUSTIN TEXAS
                                §

=====================================================================

## ORDER

CAME BEFORE This Court on the _____ Day of _____, 2015, The

Pro Se Motion and Suggestion to Remand to the Trial Court Applicant's

11.07 Application of Writ of Habeas Corpus in both styled and Numbered

Causes above this Court hereby ORDERS:

_____

_____ That the Applications for 11.07 be remanded back to the
         Trial Court to resolve the previously indicated issues

         of previously controverted issues.

         GRANTED                          DENIED

_____ That Applicant will have until September 28th, 2015 to submit

         Affidavits to support his claims of Ineffective Assistance

         of Counsel.

         GRANTED                          DENIED

_____ That an Evidentary Hearing is indicated in this case to

         allow the facts and truth to be made fact in the record

         and to allow for the Applicant to have a fair and just

         hearing to develop this record in the intrest of JUSTICE.

         GRANTED                          DENIED

                                          By the Court


                                          _____
Proprosed ORDER                           Judge Presiding

EXHIBT 1

Postmarked 7/21/15  Rec'd in mail Fri, 7/24/15 8:10 Am PE

## In The 416th Judicial District Court,
### Collin County, Texas
#### Honorable Chris Oldner, Presiding

Cause Nos. W416-82711-09(HC)

### Ex Parte Peter John Ellington

### Memorandum

The Court, having received the Application for a Writ of Habeas Corpus and the State's response, makes the following finding:

A controverted, previously unresolved issue exists as to the allegations contained in the application, to wit:

1. Ground Three: Ineffective assistance of counsel. Specifically;

    a. Alleged failure to "explain anything" concerning pleas, prison, parole [sic];
    b. Alleged "promise" to applicant that he would receive probation, or no more than five years;
    c. Alleged "overbearing my will" of applicant and forcing him to "lie to the Court" by pleading guilty;
    d. Alleged refusal to take case to trial.

The State and the applicant are **ORDERED** to submit affidavits responsive to these issues on or before the 28th day of August, 2015. The applicant's trial attorney is **ORDERED** to submit an affidavit responsive to this issue on or before the 28th day of August, 2015. The Court will also review and consider the Reporter's Record from the open plea.

Signed the 24th day of June, 2015.

Chris Oldner
Judge Presiding

# M E M O

TO: Honorable Presiding Judge of the 416th Judicial District Court of Collin County, State of Texas

RE: HABEAS CORPUS #: W416-82711-09(HC)

SUBJECT(S): 1) APPEAL/REQUEST as to Extension of Time to File Affidavits
2) MOTION for the Appointment/Recruitment of "Counsel".

Dear Honorable Judge,

How can I Cross Examine a Piece Of Paper,,Or Even have an Opportunity to Give My Rebuttal to it. I have included numerous Exhibits in Document Form as to What Transpired Between My Attorney and I. But there is TESTIMONY available should she DISPUTE My Ground as to Ineffective Assistance of Counsel. That is why I filed for an EVIDENTIARY HEARING,which is provided for in the Article 11.07 C.CRIM.PROC Procedures by the Fact Finder Judge. I Respectfully Request that your allow me an EVIDENTIARY HEARING with My Appearance being handled by a Standard Bench Warrant.

Additionally,Please take note of the APPEAL/REQUEST that I just filed. I just got your ORDER on July 24th,2015=A Friday. For me to be able to do what you have instructed I really NEED all the Time that you intended me to have. Why the District Clerk's Office SAT on the ORDER for a Month,is beyond my comprehension,when the Judge was ORDERING a Time Limit to Do Something. I know TEX.R.APP.PROC 29.5 allows the COURT to Withdraw and Reissue the ORDER being complained about in the Appeal.I have enclosed with the APPEAL/REQUEST a Proposed Order to Quickly and Easily resolve this issue.

I have also submitted a MOTION for the Assistance of Counsel as : a)Provided for in the Article 11.49 Language and/or b)As the Court would deem appropriate. Can you please RULE on the Submitted MOTIONS/ REQUESTS and Ensure that the District Clerk's Office Mails them back to me in a Timely Manner?

Thank You for Your Time and Attention to these Matters

Respectfully Submitted By

Peter Ellington 7/25/15
Peter John Ellington,Pro Se
C.T.TERRELL UNIT /-#1819234
1300 F.M.655 (Brazoria Co)
ROSHARON , TEXAS 77583

mailed 7/27/15

CC:API*

EXHIBIT 2B

# M E M O
========

TO:COLLIN COUNTY DISTRICT CLERK'S OFFICE

    ATTN:COURT CLERK for the 416th JUDICIAL DISTRICT COURT


RE:HABEAS CASE #: W416-82711-09(HC)


SUBJECT(S):
       2 FILING:   1) NOTICE OF APPEAL and REQUEST FOR EXTENSION OF TIME TO FILE

                2) MOTION,PURSUANT TO ARTICLE 11.49-TEXAS CODE OF CRIMINAL PROCEDURE FOR THE APPOINTMENT / RECRUITMENT OF "COUNSEL" TO "OPEN" and "CONCLUDE" The ARGUMENT,-UPON TRIAL UNDER HABEAS CORPUS


GREETINGS,

    Enclosed Please Find the TIME SENSITIVE Pleading as Described Above.

    Can you please FILE THEM and Bring Them To The Court's Attention as Soon as Possible for its Ruling and Action.


    Thank You for Your Time and Attention to these Matters


              Respectfully Submitted By

              Peter Ellington 7/25/15
              Peter John Ellington,Pro Se
              C.T.TERRELL UNIT /-#1819234
              1300 F.M.655 (Brazoria Co)
              ROSHARON , TEXAS 77583

              Mail Box Rule
              mailed 7/27/15

CC:File Copy

EXHIBIT 2C

W416-82711-09(HC)

|  |  |  |
|---|---|---|
| EX PARTE PETER JOHN ELLINGTON | § | IN THE DISTRICT COURT OF |
|  | § | COLLIN COUNTY,TEXAS |
|  | § | 416th JUDICIAL DISTRICT |
|  | § |  |

# O R D E R
==========

HAVING COME to the Attention of This Court the APPLICANT'S Pro Se **NOTICE OF APPEAL** and **REQUEST FOR EXTENSION OF TIME TO FILE** and Previous Filed MOTION FOR AN EVIDENTIARY HEARING,This Court Hereby ORDERS:

_____ THAT THE AMENDED DATE TO HAVE AFFIDABIT(S) FILED IS ~~AUGUST~~ *September* 28th,2015

_____ That an EVIDENTIARY HEARING is Scheduled for the ____DATE OF _____ 2015,with the APPLICANT to Appear by Standard Bench Warrant,To Be Issued 7 Days before the HEARING DATE to Ensure His Appearance.

_____ That The APPLICANTS Request for an EXTENSION OF TIME TO FILE is DENIED and the APPLICANT should proceed in accordance with the Texas Rules of Appellate Procedure.

BY THE COURT

_____
JUDGE-PRESIDING

Proposed Order

EXHIBIT 2D

HABEAS CASE #: W416-82711-09(HC)

|  | § | IN THE DISTRICT COURT OF |
| EX PARTE PETER JOHN ELLINGTON | § | COLLIN COUNTY, TEXAS |
|  | § |  |
|  | § | 416th JUDICIAL DISTRICT |
|  | § |  |

------------------------------------------------------------------
NOTICE OF APPEAL  and  REQUEST FOR EXTENSION OF TIME TO FILE
================================================================

PETER JOHN ELLINGTON the APPLICANT -(Pro Se),Gives NOTICE OF APPEAL, Pursuant to TEX.R.APP.P. 26.2(a)(1),In Which He APPEALS the Trial Court's ORDER of 6/24/15 Requiring Him to Submit Affidavits by August 28th,2015-as to Justify the Ground in His Habeas Corpus Application.

In Addition To or Inter Alia APPLICANT requests that the DUE DATE be Extended from 8/28/2015 to9/28/2015,by virtue of the FACT that he Did Not RECEIVE the ORDER until July 24th,2015-and it was Post Marked as MAILED to Him on July 21st,2015. ((See EXHIBIT 1-ORDER,,and EXHIBIT 2-THE ENVELOPE IT WAS MAIL ED.))

Although the ORDER issued from the Trial Court was SIGNED June 24th,2015,APPLICANT did not Receive the ORDER until July 24th,2015-See:TEX.R.APP.P. 4.2(a)(1)

P R A Y E R
--------------

WHEREFORE PREMISES CONSIDERED,APPLICANT Formally Gives NOTICE OF APPEAL, and Requests that the Court ,Per TEX.R.APP.PROC 29.5 change the DUE DATE from 8/28/2015 to 9/28/2015.

Respectfully Submitted By
*Peter John Ellington*
Peter John Ellington,Pro Se
C.T.TERRELL UNIT/-#1819234
1300 F.M.655(Brazoria Co)
ROSHARON , TEXAS 77583

UNSWORN DECLARATION:
=====================

I,Inmate Peter John Ellington,TDCJ #:1819234,Incarcerated in Brazoria County,Texas,-Declare Under Penalty Of Perjury,that the Above Statemets are True and Correct,To the Best of His Knowledge and Belief
BY: *Peter John Ellington* 7/25/15
CERTIFICATE OF SERVICE   PETER JOHN ELLINGTON,PRO SE

I CERTIFY that a True and Correct COPY of the Foregoing APPEAL/REQUEST was SERVED by 1st Class Mail upon the Collin County District Attorney's Office on July 27th,2015.

BY: *Peter Ellington* 7/27/15
Peter John Ellington,pro Se

HABEAS CASE #: W416-82711-09(HC)

§    IN THE DISTRICT COURT OF

EX PARTE PETER JOHN ELLINGTON     §    COLLIN COUNTY,TEXAS

§

§    416th JUDICIAL DISTRICT

§

--------------------------------------------------------------------

**MOTION,PURSUANT TO ARTICLE 11.49-TEXAS CODE OF CRIMINAL PROCEDURE**

**FOR THE  APPOINTMENT / RECRUITMENT  OF "COUNSEL"**

**TO "OPEN" and "CONCLUDE" The ARGUMENT,-UPON TRIAL UNDER HABEAS CORPUS**
====================================================================

NOW COMPES THE APPLICANT,Peter John Ellington-(Pro Se),Who Respectfully MOVES this Court to Appoint or Recruit Counsel for Him to Handle,At Minimum, the OPENING and CONCLUSION of Any and All Trials or Hearing heald Under the Auspices of His HABEAS CORPUS APPLICATION. In Support I Represent to the Court:

1)In Article 11.49 of the Texas Code of Criminal Procedure,It States:

ORDER OF

ARGUMENT...THE APPLICANT SHALL HAVE THE  RIGHT  BY HIMSELF  OR COUNSEL  TO  OPEN AND  CONCLUDE  THE ARGUMENT UNDER THE/UPON THE TRIAL UNDER HABEAS CORPUS.

2) It would be in  the  INTERESTS OF JUSTICE  for the APPLICANT to have the Assistance of an Attorney to Bring Forth The FACTS Regarding His HABEAS CORPUS GROUND to the Trial Court/Fact Finder Judge.

3) The APPLICANT has MOVED the Court to ahe an EVIDENTIARY HEARING (Instead or In Addition to the Submission of Affidavits) and the Issuance of Subpoena(s) and/or Subpoena(s) Duces Tecum(s) will be REQUIRED,Thus the Assistance of an Attorney would be beneficial to the Court and the Applicant.

### P R A Y E R
===============

WHEREFORE PREMISES CONSIDERED,Applicant PRAYS that This Honorable Court- In the Interests of Fairness,Justice and Efficiency Appoint / Recruit an Attorney for the Matters Under/Upon Trial of Habeas Corpus.

Respectfully Submitted By

Peter John Ellington,Pro Se
C.T.TERRELL UNIT /-#1819234
1300 F.M.655  (Brazoria Co)
ROSHARON  ,  TEXAS  77583

**UNSWORN DECLARATION:**
========================

I,Inmate Peter John Ellington,TDCJ #:1819234,Incarcerated in Brazoria County,Texas,-Declare Under The Penalty of Perjury that the Statemets in the Foregoing MOTION are True and Correct,To The Best Of My Knowledge and Belief.
EXECUTED on JULY 25th,2015

BY
Peter John Ellington,Pro Se
**CERTIFICATE OF SERVICE**

I CERTIFY that a Trune and Correct COPY of the Foregoing MOTION was SERVED by 1st Class Mail on July 27th,2015-(Mail Box Rule) Upon the COLLIN COUNTY DISTRICT ATTORNEY'S OFFICE.

BY:
Peter John Ellington,Pro Se


EXHIBIT 2F

W416-82711-09(HC)

| | | |
|---|---|---|
| | § | IN THE DISTRICT COURT OF |
| EX PARTE PETER JOHN ELLINTON | § | COLLIN COUNTY,TEXAS |
| | § | 416th JUDICIAL DISTRICT |

==========================================================================

O R D E R
================

CAME BEFORE This Court on the _____ Day of _____ ,2015, The Pro Se MOTION,PURSUANT TO ARTICLE 11.49-TEXAS CODE OF CRIMINAL PROCEDURE,FOR THE APPOINTMENT / RECRUITMENT OF "COUNSEL" TO "OPEN" and "CONCLUDE" The ARGUMENT/-UPON TRIAL UNDER HABEAS CORPUS, This Court,having Reviewed The Law and Precident(s) Hereby ORDER:


_____ THAT ATTORNEY _____ IS COURT APPOINTED/RECRUITED TO

ASSIST THE APPLICANT

        ____ TO OPEN AND CONCLUDE ARGUMENT

        ____ TO ASSIST WITH HOUSEKEEPING MATTER LIKE SUBPOENA(S) and AFFIDAVIT PREPARATION;ETC

        ____ AS IS REASONABLE FOR SUCH ADVERSARIAL PROCEEDING


_____ THAT THE APPLICANT'S MOTION FOR "COUNSEL" IS DENIED


BY THE COURT


_____
JUDGE-PRESIDING


Proposed Order